1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NYSBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 HARWINDER KAUR,                        )   No. C 06-6353 JW
                                          )
13             Plaintiff,                 )
                                          )   **STIPULATION TO DISMISS; AND**
14        v.                              )   **[~~PROPOSED~~] ORDER**
                                          )
15 ALBERTO GONZALES, Attorney             )
   General of the United States; *et al.*,)
16                                        )
               Defendants.                )
17 _____)

18     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

22 within 30 days of the dismissal of this action.

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26

27

28

Stip. to Dismiss
C 06-6353 JW                              1

| | | |
|---|---|---|
| 1 | Dated: November 24, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

                                                     /s/
                                     ILA C. DEISS
                                     Assistant United States Attorney
                                     Attorneys for Defendants

Dated: November 21, 2006                         /s/
                                     FAKHRUDEEN HUSSAIN
                                     Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November _28_, 2006               /s/ James Ware
                                     JAMES WARE
                                     United States District Judge